Argued November 17, affirmed November 17, reconsideration
denied December 17, 1975, petition for review denied
January 13, 1976

IN THE MATTER OF THE DISSOLUTION OF THE MARRIAGE OF
WYLLIE, *Respondent, and* WYLLIE
(No. 85722, CA 4869), *Appellant.*

542 P2d 495

*Alan R. Jack,* Oregon City, argued the cause and filed the brief for appellant.

*Clifford W. Powers,* Portland, argued the cause for respondent. With him on the briefs were Powers & McCulloch, Portland.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

AFFIRMED. *Kitson and Kitson,* 17 Or App 648, 523 P2d 575, Sup Ct *review denied* (1974). No costs to either party.